# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00017-CV

**Rosa Ena Cantu, Appellant**

**v.**

**Southern Insurance Company and Steve Dollery, Appellees**

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
NO. 29,358, HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellees have filed a motion to dismiss this appeal and seek costs on the ground that the appeal is frivolous. Appellant has filed an unopposed motion to dismiss her appeal and a response to appellees' request for costs, asking that we deny the request. Appellant states that she has conferred with appellees and that they do not oppose her motion. Appellant further states that she and appellees were unable to agree on appellees' motion for costs. We grant appellant's motion, dismiss appellees' motion as moot, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed:   February 27, 2015